**WONG FLEMING**
ATTORNEYS AT LAW

DANIEL C. FLEMING
Member of NJ, PA, NY & DC Bars

dfleming@wongfleming.com

April 8, 2025

<u>*VIA ECF*</u>
Honorable James Donato, U.S.D.J.
U.S. District Court
Northern District of California
Phillip Burton Federal Building
& U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: <u>**Diane Slater v. FDIC, as Receiver for First Republic Bank**</u>,
     Case No. 3:23-cv-03703-JD

Dear Judge Donato:

  This office represents Defendant FDIC, as Receiver for First Republic Bank, in the above referenced action. In view of the current fiscal constraints facing the agency at this time, Tass Waterston, Senior Attorney for the FDIC's Legal Division, will be applying for admission to appear before the Court for the in-person status conference scheduled for May 1, 2025 at 10:00AM. Mr. Waterston's appearance will be submitted to the court pursuant to Civil Local Rule 11-2, Counsel for the United States.

  We are also requesting whether a Magistrate Judge may be available for a settlement conference on this same date so that we do not have to incur duplicative travel expenses.

  Thank you for Your Honor's consideration.

                    Respectfully,

                    Daniel C. Fleming

cc: D. Prutton, Esq.
   L. Wong, Esq., pro hac vice
File No. 29890002

821 ALEXANDER ROAD, SUITE 200 ♦ P.O. BOX 3663 ♦ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ♦ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**
CALIFORNIA ♦ DISTRICT OF COLUMBIA ♦ FLORIDA ♦ GEORGIA ♦ IDAHO ♦ INDIANA ♦ MARYLAND
MICHIGAN ♦ NEVADA ♦ NEW JERSEY ♦ NEW YORK ♦ OREGON ♦ PENNSYLVANIA ♦ TEXAS ♦ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED